UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Annette M Baird                    :            Case #: 05-64227

                                           :            Chapter 13

                                           :            Judge Hoffman

**<u>NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS</u>**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: September 1, 2009                   /s/ Frank M. Pees_____ _____
                                           Frank M. Pees
                                           Chapter 13 Trustee


<u>Name and Address</u>                              <u>Amount</u>

Hechts                                     194.07
PO Box 66955
St Louis, MO 63166